<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1422**

WILLIAM JOHNNY MARTIN,

        Plaintiff - Appellant,

    v.

CAROLYN W. COLVIN,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (5:14-cv-00032-RLV)

Submitted: December 19, 2016      Decided: January 13, 2017

Before DUNCAN and KEENAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michelle Fecio, Paul B. Eaglin, OLINSKY LAW GROUP, Syracuse, New York, for Appellant. Jill Westmoreland Rose, United States Attorney, Charlotte, North Carolina; Marc D. Epstein, Special Assistant United States Attorney, Baltimore, Maryland; Paul Taylor, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Johnny Martin appeals the district court's order upholding the Commissioner's denial of his applications for disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm. Martin v. Colvin, No. 5:14-cv-00032-RLV (W.D.N.C. Apr. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED